### Ex Parte Howard Magee.

No. 2582.    Decided January 14, 1903.

**1.—Habeas Corpus—Appeal from Refusal.**
    An appeal will not lie from refusal to grant a writ of habeas corpus.

**2.—Same—Original Application.**
    An application for writ of habeas corpus addressed to the district judge will not be considered as an original application to this court where the record contains a notice of appeal from the final order refusing it.

Appeal from the District Court of Trinity. Tried below before Hon. J. M. Smither.

Appeal from an order denying a writ of habeas corpus.

No briefs for relator.

*Rob't A. John,* Assistant Attorney-General, for the State.

HENDERSON, Judge.—This is an appeal from the refusal by Judge J. M. Smither, of the Twelfth Judicial District, to grant the writ of habeas corpus. An appeal will not lie from such refusal. Ex parte

Strong, 34 Texas Crim. Rep., 309; White's Ann. Code Crim. Proc., sec.
109. If this was intended as an original application to this court, it
does not so appear from the record. It is not addressed to us, but to said
district judge, and the final order contains notice of appeal to this
court. If it was an original application it does not occur to us to be in
such shape as to authorize the granting of the writ. The case is accord-
ingly dismissed.

*Dismissed.*